IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MELISSA ROSA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-8477 |
| | ) | |
| THE BOARD OF TRUSTEES OF THE | ) | Honorable Judge Lindsay Jenkins |
| UNIVERSITY OF ILLINOIS | ) | |
| | ) | Magistrate Judge M. David Weisman |
| Defendant. | ) | |

**PLAINTIFF'S STATUS REPORT**

Plaintiff, MELISSA ROSA, by and through her attorneys, The Coffey Law Office, P.C. and Kurtz, Sleper & Exline, LLC, submits the following status report pursuant to the Court's April 5, 2024, minute order (R. 123).

1. On April 5, 2024, the Court entered an order granting the parties' joint motion for extension of time to complete fact discovery to June 21, 2024 (R. 120), acknowledging that the parties submitted a joint deposition schedule for 23 witnesses that will occur between April 19 and May 30, 2024 (R. 122), and ordering the parties to file a joint status report by June 17, 2024, that confirms fact discovery has come to a close and proposes an expert discovery schedule or a dispositive motion schedule if no expert discovery is contemplated. R. 123.

2. On June 17, 2024, Plaintiff filed her Motion for Extension of Time to Complete Discovery (R. 124) and therein described the parties' respective positions as to several discovery related issues as follows:

    a. The parties agree that they need additional time to complete depositions.

    b. The parties disagree as to why that is the case. Plaintiff set forth her position in her Motion. Defendant has stated it will file its own motion explaining its position.

    c. Plaintiff requests an extension of fact discovery to July 31, 2024, to complete the remaining depositions. Defendant believes the remaining depositions can be completed by July 22, 2024.

    d. The parties agree to exchange expert reports by September 15, 2024.

3. As far as expert discovery schedule, Plaintiff has retained one expert to date, and may retain additional expert or two. Defendant has notified Plaintiff that it has retained two experts to date. The are a number of significant depositions that still need to be taken as explained in Plaintiff's Motion (R. 124). Plaintiff respectfully suggests that the parties submit a complete joint expert discovery schedule after the remaining fact depositions have been taken, or directly after the end of any extension the Court deems appropriate.

4.On June 17, 2024, Plaintiff's counsel requested via email to Defense counsel that the parties comply with the Court's order and file a joint status report setting forth the respective positions (as done above) and referencing the respective competing motions for extension. Defense counsel refused. See Counsels' 06-17-2024 email chain attached hereto.

Respectfully submitted,
Plaintiff, MELISSA ROSA,


By:/s/ Timothy J. Coffey
Timothy J. Coffey, Esq.
THE COFFEY LAW OFFICE, P.C.
118 N. Clinton Street Suite 125
Chicago, IL 60661
 (312) 627-9700
tcoffey@worker-law.com

Heidi Karr Sleper, Esq.
Kurtz, Sleper & Exline, LLC
610 West Roosevelt Rd, Ste A2
Wheaton, IL 60187
(630) 323-9444
hsleper@kselegal.com


Counsel for Plaintiff, MELISSA ROSA