# Board's Status Report And Request For Extension And Proposed Expert Discovery Schedule

External

Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



toconnor meyeroconnor.com     12:01 PM (1 hour ago)

to me, Heidi, toconnor, Edward

Tim-

Attached please find defendant Board's draft status report, request for fact discovery extension and proposed expert discovery schedule.

As plaintiff has done with her motion for discovery extension that was just filed, we will be happy to note where plaintiff agrees or disagrees and will correct any mistakes plaintiff points out.

Further, if plaintiff wants to join any section of this document entirely, we would be happy to note that and inform the court that that section is jointly submitted.

We will be filing this late this afternoon and so will need to hear back by 4:00pm.

Thanks,

TPO

   **Timothy P. O'Connor**

   Suite 600
   1603 Orrington Avenue
   Evanston, Illinois 60201

   **312-346-9000**

...

[Message clipped]  View entire message

One attachment • Scanned by Gmail



**Timothy Coffey** <tcoffey@worker-law.com>     12:49 PM (49 minutes ago)

to toconnor, Heidi, Edward

I suggest that we file a JSR as ordered. It can and should be short. We can each briefly state our positions therein and disagreement on length of extension sought and then reference our respective motions for extension. We can then end it with the short agreed expert discovery report due date and your related remarks which are fine generally.

I can draft or you can. LMK. Thanks.

Timothy J. Coffey
The Coffey Law Office, P.C.
118 N. Clinton Street, Ste. 125
Chicago, IL 60661

(312) 627-9700
(630) 326-6601 (fax)
(312) 493-3622 (cell)



**toconnor meyeroconnor.com**     1:10 PM (28 minutes ago)

to me, Heidi, Edward, toconnor

Tim,

I respectfully disagree.

Plaintiff's unilateral filing of a motion to extend that makes allegations against the Board and counsel and representations as to the conduct or failure to conduct depositions in fact constitutes a status report to the Court drafted by plaintiff, not jointly, and with which the Board profoundly disagrees.

The Board's request this weekend and this morning that the parties prepare a joint status report was premised upon plaintiff dispensing with her own motion and the parties instead making a joint submission as in the past.

Plaintiff opted not to do that and instead filed what is essentially her own incomplete and, respectfully, incorrect, status report.

If there has been a violation of the Court's Order, it is plaintiff that has done so.

And your statement now that we should file a joint submission that is short and does not include the Board's report strikes us as an effort to prevent the Board from submitting a full and accurate status to the court in the wake of plaintiff's having provided her own status.

Despite all this and plaintiff's proceeding with her own motion, we are still willing to make any part of the submission we sent joint and to denote it as such – just let us know what part of the filing plaintiff wants to join and we will denote that portion as joint.

Further, if there are errors in anything we have written in what we have sent you, please let us know and we will gladly and promptly correct them.

If we do not hear back, we will add to our submission that we felt it was necessary to proceed in this manner because plaintiff's motion constitutes her own status report, not a joint status report, and we therefore must file our own status report and that we gave you the chance to join any part of it.

 Thanks,

TPO

**Timothy P. O'Connor**

Suite 600
1603 Orrington Avenue
Evanston, Illinois 60201

**312-346-9000**

---

**From:** Timothy Coffey <tcoffey@worker-law.com>
**Sent:** Monday, June 17, 2024 2:49 PM
**To:** toconnor meyeroconnor.com <toconnor@meyeroconnor.com>
**Cc:** Heidi Sleper <hsleper@kselegal.com>; Edward Zaknoen <ezaknoen@gmail.com>
**Subject:** Re: Board's Status Report And Request For Extension And Proposed Expert Discovery Schedule

**Timothy Coffey** <tcoffey@worker-law.com>  1:29 PM (9 minutes ago)

to toconnor, Heidi, Edward

We did not file a status report, we filed a motion. Two diff things. We will proceed to file a Plaintiff's status report and therein note that D refused to file a JSR.

Thanks.

Timothy J. Coffey
The Coffey Law Office, P.C.
118 N. Clinton Street, Ste. 125
Chicago, IL 60661

(312) 627-9700
(630) 326-6601 (fax)
(312) 493-3622 (cell)



ReplyReply allForward