## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Melissa Rosa

Plaintiff,

v.                                                        Case No.: 1:18−cv−08477

Honorable Lindsay C. Jenkins

The Board of Trustees of The University of Illinois, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 27, 2025:

MINUTE entry before the Honorable Lindsay C. Jenkins: The joint motion concerning fees and costs [178] is granted. The parties have resolved their disputes on fees and costs, so the entire matter (including fees and costs) remains dismissed and that dismissal is with prejudice. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.